IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00069-PSF-PAC

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

THOMAS L. ALLEN,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Vacate Status and Scheduling Conference dated February 22, 2006 (doc. 9) is granted.  A status report regarding settlement is due by March 6, 2006.

Dated:  February 23, 2006